UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACKIE D. LONG,
Petitioner,

vs.

Case No.: 3:21cv965/MCR/EMT

STATE OF FLORIDA,
Respondent.
______________________/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on November 29, 2021 (ECF No. 7). The court furnished Petitioner with a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**